IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**RAQUEL MASCORRO**, Individually and
as parent and next friend of
**JACOB CHAPMAN**,

      Plaintiff,

vs.                                       No. 2:16-CV-00234-PJK-LAM

**FARMERS INSURANCE COMPANY OF
ARIZONA** and **STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY**,

      Defendants.

### DEFENDANT FARMERS INSURANCE COMPANY OF ARIZONA'S NOTICE OF JOINDER

**COMES NOW** Defendant Farmers Insurance Company of Arizona ("Farmers"), by and through its attorneys, O'Brien & Padilla, P.C. (Daniel J. O'Brien and Kerri L. Allensworth), and hereby provides notice of its joinder in the following filings:

1. Defendant State Farm Mutual Automobile Insurance Company's Motion for Summary Judgment on Causation [Doc. 31]; and

2. Defendant State Farm Mutual Automobile Insurance Company's Motion to Strike Plaintiff's Rule 26(a)(2) Disclosure of Expert Testimony [Doc. 38].

**WHEREFORE,** Farmers respectfully requests that should the foregoing motions be granted by the Court that they be granted as to Farmers as well.

Respectfully submitted by:

O'BRIEN & PADILLA, P.C.


By: */s/ Kerri L. Allensworth*
    DANIEL J. O'BRIEN
    KERRI L. ALLENSWORTH
    6000 Indian School Rd. N.E., Suite 200
    Albuquerque, NM 87110
    (505) 883-8181
    *Attorneys for Defendant Farmers Insurance Company of Arizona*


## CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED** that on this 7th day of October, 2016, a true and correct copy of the foregoing pleading was electronically filed and served with the Court on the following:

| | |
|---|---|
| Charles J. Ruhmann, IV | Todd A. Schwarz |
| RUHMANN LAW FIRM | MILLER STRATVRET, P.A. |
| 5915 Silver Springs, Bldg.1 | P.O. Box 25687 |
| El Paso, TX 79912 | Albuquerque, NM 87125-0687 |
| cruhmann@ruhmannlaw.com | tschwarz@mstlaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendant State Farm Mutual Automobile Insurance Company* |

    */s/ Kerri L. Allensworth*
    Kerri L. Allensworth