IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**RAQUEL MASCORRO,**
Individually, and as parent of
next friend **JACOB CHAPMAN,**

      Plaintiff,

v.    No. CIV-16-0234 PJK/LAM

**FARMERS INSURANCE COMPANY OF ARIZONA, et al.,**

      Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

MATTER(S) TO BE HEARD:    To Set Briefing Schedule Pursuant to Doc. 51

DATE AND TIME OF HEARING:    Wednesday, November 2, 2016 at 10:00 a.m.
(Trailing Docket – please be available
15 minutes prior to the start of this hearing)

LOCATION:    U.S. Courthouse and Federal Building, 5th Floor,
100 N. Church, Las Cruces, NM, before
U.S. Magistrate Judge LOURDES A. MARTÍNEZ

**The Court shall initiate the call - if counsel will be at a phone number that is different than the one listed on the Court's docket, please notify Judge Martinez' chambers by 11:00 a.m. the day before the hearing.**  The Court's phones can only accommodate up to six telephone lines, including the Court's.  If the parties anticipate that they will exceed this capacity, they must contact the Court immediately so that alternative arrangements may be made.

    IT IS SO ORDERED.

*/s/ Lourdes A. Martínez*
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**