# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

RAQUEL MASCORRO, Individually and
as parent and next friend of
JACOB CHAPMAN,

        Plaintiffs,

        vs.                                      No. 2:16-cv-00234-PJK-LAM

FARMERS INSURANCE COMPANY OF
ARIZONA and STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY,

        Defendants.

## NOTICE OF COMPLETION OF BRIEFING

Counsel for Defendant State Farm Mutual Automobile Insurance Company ("State Farm") hereby informs the Court that the briefing related to Defendant State Farm's Motion to Strike Plaintiff's Rule 26(a)(2) Disclosure of Expert Testimony [Doc. 38] is complete, and the motion is ready for decision. As of the date of filing of this Notice, the following document relating to the above motion has been filed:

1. Defendant State Farm's Motion to Strike Plaintiff's Rule 26(a)(2) Disclosure of Expert Testimony, filed October 4, 2016 [Doc. 38];

2. Plaintiff's Response to State Farm's Motion to Strike Plaintiff's Rule 26(a)(2) Expert Disclosures, filed October 14, 2016 [Doc. 48]; and

3. Defendant State Farm's Reply in Support of State Farm's Motion to Strike Plaintiff's Rule 26(a)(2) Disclosure of Expert Testimony, filed October 31, 2016 [Doc. 54].

Respectfully submitted,

MILLER STRATVERT P.A.

By */s/ Todd A. Schwarz*
    Todd A. Schwarz
    Jesika M. Ulibarri
    Attorneys for Defendant State Farm Mutual
      Automobile Insurance Company
    Post Office Box 25687
    Albuquerque, NM 87125
    Phone: (505) 842-1950
    Fax: (505) 243-4408

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing was filed electronically through the CM/ECF system on October 31, 2016, and will be served automatically pursuant to the Court's rules and regulations to the following counsel of record:

    Charles J. Ruhmann, IV
    5915 Silver Springs, Bldg. 1
    El Paso, TX 79912
    cruhmann@ruhmannlaw.com
    Attorney for Plaintiffs

    Daniel J. O'Brien
    O'Brien & Padilla, P.C.
    6000 Indian School Rd. NE, #200
    Albuquerque, NM 87110-4179
    dobrien@obrienlawoffice.com
    Attorney for Defendant Farmers Insurance

                      */s/ Todd A. Schwarz*

\\Abq-tamarack\ProData\000065-048543\Pleadings\3079358.docx