IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**RAQUEL MASCORRO,**
**Individually, and as parent of**
**next friend JACOB CHAPMAN,**

     **Plaintiff,**

v.                                                  No. CIV-16-0234 PJK/LAM

**FARMERS INSURANCE COMPANY**
**OF ARIZONA, et al.,**

     **Defendants.**

# BRIEFING SCHEDULE

**THIS MATTER** is before the Court on the presiding judge's Order [*Doc. 51*], which set a deadline of sixty (60) days from the date of that Order for Plaintiffs to complete any additional discovery, and directed the undersigned to establish a briefing schedule for a response and reply to Defendant State Farm's Motion for Summary Judgment [*Doc. 31*]. Pursuant to that Order, the Court held a hearing on November 2, 2016, at which counsel for all parties were present. The Court sets the following deadlines:

    1)     Plaintiff shall file a response to Defendant State Farm's Motion for Summary Judgment [*Doc. 31*] no later than **January 19, 2017**; and

    2)     Defendant State Farm shall file a reply to its Motion for Summary Judgment [*Doc. 31*] no later than **February 6, 2017**.

    **IT IS SO ORDERED**.

                                                     _/s/ Lourdes A. Martínez_
                                                     **LOURDES A. MARTÍNEZ**
                                                     **UNITED STATES MAGISTRATE JUDGE**