IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RAQUEL MASCORRO, individually and as parent and next friend of JACOB CHAPMAN,

    Plaintiff,

vs.

FARMERS INSURANCE COMPANY OF ARIZONA and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendants.

No.  2:16-cv-00234-PJK-LAM

MINUTE ORDER

At the Direction of the Hon. Paul J. Kelly, Jr.:

Defendant State Farm has asked the court to reconsider its October 27, 2016 order granting Plaintiff's Rule 56(d) motion to continue summary judgment proceedings and permit additional discovery.  Doc. 51.  The request for reconsideration is contained in Defendant State Farm's untimely Response to Plaintiff's 56(d) Motion filed October 31, 2016.  Doc. 56.  Upon consideration thereof, the request for reconsideration is denied.

                                      MATTHEW J. DYKMAN, Clerk