UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RAQUEL MASCORRO, Individually and
as parent and next friend of
JACOB CHAPMAN,
    Plaintiff,

vs.                              No. 2:16-cv-00234-PJK-LAM

FARMERS INSURANCE COMPANY OF
ARIZONA and STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY,
    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court upon Plaintiff's Motion to Dismiss with Prejudice filed January 11, 2017 (Doc. 60), all parties having concurred, and the Court being fully advised in the premises, the Court:

FINDS that the Court has jurisdiction over the parties and the subject matter herein,

FINDS that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Motion is granted and the Complaint of the Plaintiff herein and all claims which could have been asserted against Defendants, Farmers Insurance Company of Arizona, and State Farm Mutual Automobile Insurance Company, are dismissed with prejudice[1], with all parties to bear their own costs and attorney fees.

IT IS FURTHER ORDERED that all other pending motions are denied as moot.

---

[1] Plaintiff has not dismissed, released, waived, abandoned or otherwise discharged the claims, causes of action, and damages that are the subject of a separate suit that is currently pending in the Third Judicial District Court, County of Doña Ana, State of New Mexico under cause number D-307-CV-2014-00047 (hereinafter referred to as the "Friendly Suit"). The parties to the Friendly Suit are (1) Raquel Mascorro, individually and as parent and natural guardian of Jacob Chapman; (2) Blanca Torres; and (3) State Farm Mutual Automobile Insurance Company ("State Farm").

<u>Paul Kelly, Jr.</u>
United States Circuit Judge
Sitting by Designation

**SUBMITTED BY:**

RUHMANN LAW FIRM
5915 Silver Springs, Bldg. 1
El Paso, Texas 79912
(915) 845-4529
(915) 845-4534 Fax

_____
Charles J. Ruhmann
John Lomax Anderson
*Attorneys for Plaintiff, Raquel Mascorro,*
*individually, and as NOF of Jacob Chapman*


**APPROVED BY:**

MILLER STRATVERT P.A.


_____
Todd A. Schwarz
Post Office Box 25687
Albuquerque, New Mexico 87125
*Attorneys for Defendant State Farm*
*Mutual Automobile Insurance Company*


_____
Daniel J. O'Brien
Kerri Allensworth
O'Brien & Padilla, P.C.
6000 Indian School Rd. NE, #200
Albuquerque, NM 87110-4179
*Attorneys for Defendant Farmers*
*Insurance Company of Arizona*